■ In the Matter of the Arbitration between Edward McGovern et al., Respondents, and Janel's Music Corp., Appellant.— Order entered on September 13, 1962, directing a trial on petitioners-respondents' motion to stay arbitration proceedings, unanimously reversed on the law and the facts, with $20 costs and disbursements to respondent-appellant, and the motion denied. Petitioners' appearances before the arbitrators and participation in the proceedings bar them from questioning the existence of a contract to arbitrate, such participation being other than merely by way of objection to the arbi-

trator's jurisdiction (Civ. Prac. Act, § 1458; *Matter of National Cash Register Co. [Wilson]*, 8 N Y 2d 377, 382–383; cf. *Matter of De Laurentis [Cinematografica]*, 9 N Y 2d 503, 508–509). Concur — Botein, P. J., Breitel, Valente, Steuer and Bastow, JJ.